IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 4:20CR 00302 BRW |
| | ) |
| EDUARDO MOCTEZUMA CUELLAR | ) |
| JOSHUA DAVID CLINGAN | ) |
| DEBORAH GAIL TERRY | ) |
| FRANCISCO BERNAVE MORENO-OVIEDO | ) |
| aka "PACO" | ) |

## MOTION TO SEAL INDICTMENT

Pursuant to Federal Rule of Criminal Procedure 6(e)(4), and in order to prevent flight of the defendants prior to arrest and to protect officers executing the arrest warrant, the United States requests that the above-styled indictment be sealed until the defendants are in custody or have been released pending trial.

CODY HILAND
United States Attorney

_____
KRISTIN BRYANT
AR Bar # 2009156
Assistant U.S. Attorney
P.O. Box 1229
Little Rock, AR 72203
501-340-2600
Kristin.Bryant@usdoj.gov

## ORDER

Pursuant to the above request, the indictment in this matter shall be sealed until the defendants are in custody or have been released pending trial.

10.8.0000                           _____
DATE                                UNITED STATES MAGISTRATE JUDGE