IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

V.     CASE NO. 4:20-CR-302-BRW-3

DEBORAH GAIL TERRY     DEFENDANT

## ORDER APPOINTING COUNSEL

Based upon the completed Affidavit of Defendant Deborah Gail Terry concerning her financial ability to employ counsel, the Court finds that Ms. Terry cannot afford to hire a private lawyer, but is entitled to counsel. In accordance with the Criminal Justice Act, Garry J. Corrothers is appointed to represent Ms. Terry in all further proceedings in this matter.

IT IS SO ORDERED, this 21st day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE