MJStar Reporting:INITIAL APPEARANCE, Length of Hearing(minutes): _____
ARRAIGNMENT, Length of Hearing (minutes): _____

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

United States of America

v.

Case No.: 4:20CR00302-03 BRW

Deborah Gail Terry

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 21 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 10/21/2020
Continued Until: _____
Reason for continuance_____

Deft is ✓ is not____ in custody
_____ Deft did not appear
_____ Clerk to issue warrant

---

### COUNSEL

Assistant U. S. Attorney :  Kristin Bryant and Amanda Fields
Defense Counsel: Gary Corruthus                    (Appointed / Retained)
Interpreter's Name: _____

---

### PLEA

TRIAL BEFORE DISTRICT COURT          CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty ✓ _____          Not Guilty_____
Guilty (indicates desire)_____          Guilty _____
Nolo Contendere (desire)_____          Nolo Contendere _____

_____✓____ Demands Trial by Jury          _____Waives Jury Trial
                                           Deft agrees_____
                                           Govt agrees_____

---

### BAIL

Bail Set at: OR Bond By: B Deen          Date: 10.21.2020

---

Bail Changed to:_____ By:_____ Date: _____

---

Number of Days estimated for Trial: **3 days**
Estimated Trial Date: **12/1/2020 @ 9:30 a.m., before the Honorable Judge Billy Roy Wilson in Room A401. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: by order_____

**DATE:  10/21/2020**          SO ORDERED: _____
                               **U. S. MAGISTRATE JUDGE**