AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
## Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 27 2020

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

United States of America

v.                                          Case No.: 4:20CR00302-03 BRW

Deborah Gail Terry

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrive and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     **Deborah Gail Terry**

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows: **21 USC 846: Conspiracy to PWID meth, 21 USC 841: PWID methamphetamine, as further explained in the attached documents.**

Date: October 9, 2020

_____
*Issuing officer's signature*

City and state:  Little Rock, Arkansas

**JAMES W. MCCORMACK, CLERK**
*Printed name and title*

### Return

This warrant was received on *(date)* 10/9/2020, and the person was arrested on *(date)* 10/19/2020
at *(city and state)* Lonoke County.

Date: 10/23/2020

DEA G. Colby by C. Young JA
*Arresting officer's signature*

DEA G. Colby by C. Young JA
*Printed name and title*